IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:17-cv-00033-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL F. SHEA, Jr., LINDA L. SHEA, | ) |
| MARK ARTH, FULTON BANK, N.A., and | ) |
| BRANCH BANKING AND TRUST CO., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY**

THIS MATTER came before the Court upon the parties' Join Motion to Stay Discovery. For good cause shown, it is hereby

ORDERED that the parties' joint motion [DE #54] is granted;

ORDERED that this case shall be stayed until November 15, 2018, to allow the parties to confer and attempt to settle this case without further Court intervention;

ORDERED that the parties shall file a joint status report on or before November 15, 2018, informing the Court of the status of settlement negotiations, and submitting a proposing amended scheduling order.

DATE: August 16, 2018

_____
KIMBERLY A. SWANK
United States Magistrate Judge